Slip Op. 06-174

# *UNITED STATES COURT OF INTERNATIONAL TRADE*

_____
                                          :
ACTION GLOVE COMPANY, INC.,               :
                                          :
                    Plaintiff,            :
                                          :
            v.                            :        **Before: MUSGRAVE, Judge**
                                          :        Court No. 04-00002
UNITED STATES,                            :        (with attached schedule)
                                          :
                    Defendant.            :
_____:

### JUDGMENT

The above-captioned actions were stayed pending this Court's resolution of *Cricket Hosiery, Inc. v. United States*, Court Number 03-00533. On April 24 of this year, the Court issued a final judgment dismissing that action. *See Cricket Hosiery, Inc. v. United States*, 30 CIT __, 429 F. Supp. 2d 1338 (2006). On September 28, the Court ordered that each of the above-captioned plaintiffs "shall, within 30 days of the date of this Order, show cause why its action should not be dismissed for lack of prosecution." To date, no plaintiff has come forward with any reason why these actions should not be dismissed. Therefore, pursuant to United States Court of International Trade Rule 41(b)(3), it is hereby

**ORDERED** that these actions are dismissed for lack of prosecution.

                              _____
                                   /s/ R. Kenton Musgrave

                                 R. Kenton Musgrave, Judge

Dated: November 29, 2006
       New York, New York

SCHEDULE

| Court Number | Plaintiff |
|---|---|
| 03-00707 | Fila U.S.A. Inc. |
| 03-00739 | Eastern Pacific Apparel, Inc. |
| 03-00740 | Vans, Inc. |
| 03-00768 | Firoze Fakhri |
| 03-00769 | Farbe, Inc. |
| 03-00779 | Capital Mercury Apparel, Ltd. |
| 03-00802 | G-Star Apparel, Inc. |
| 03-00815 | Franco Apparel Group, Inc. |
| 03-00857 | Esportia International, Inc.[1] |
| 03-00873 | Seattle Pacific Industries, Inc. |
| 03-00877 | Sears, Roebuck & Company |
| 03-00892 | Louisville Bedding Company |
| 03-00929 | Johnson & Johnson Consumer Products Companies, Inc. |
| 03-00930 | Impact Imports International, Inc. |
| 04-00141 | Sumitomo Corporation of America |

---

[1]     Also identified as Exportia International Incorporated.